Elizabeth Rojas
15060 Ventura Blvd.
Suite 240
Sherman Oaks, CA 91403
Telephone: (818) 933-5700
Facsimile: (818) 933-5755



# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

To:        CLERK, U.S. BANKRUPTCY COURT

Re:        UNDISTRIBUTED FUNDS

Debtor:    Elizabeth Keshishian
           19024 Sherman Way Blvd #203
           Reseda, CA 91335

Case No.:  SV10-23913-MT

Explanation of Source:  Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee: | Amount: |
|---|---|
| ELIZABETH KESHISHIAN<br>19024 SHERMAN WAY BLVD. #203<br>RESEDA, CA 91335 | $ 5,180.00 |

Dated:  May 21, 2012

_Elizabeth J Rojas_
Elizabeth Rojas, TRUSTEE

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

CLK US BANKRUPTCY CT

Check No.: 0854610
Check Date: 05/10/2012
Check Amt: 5,180.00

| Case No. | Reference | Debtor Name(s) | SSN(s) | Balance | Interest Payment | Principal Payment | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1023913 | | Elizabeth Keshishian | | 0.00 | 0.00 | 5,180.00 | 5,180.00 |
| | Claim #: 00000 | | | | | | |
| | | TOTALS | | 0.00 | 0.00 | 5,180.00 | 5,180.00 |

---

**THIS DOCUMENT HAS VISIBLE & INVISIBLE FIBERS DISCERNIBLE FROM BOTH SIDES AND A TRUE WATERMARK**

ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD.
SUITE 240
SHERMAN OAKS, CA 91403

Keshishian, Elizabeth

Case No: 1023913

1ST ENTERPRISE BANK
818 W. Seventh Street, Suite 220
Los Angeles, CA 90017

16-4430/1220

CHECK DATE: May 10, 2012
CHECK NO.: 0854610

CHECK AMOUNT
$******5,180.00

VOID AFTER 60 DAYS

PAY ONLY  $5,180.00
FIVE COMMA ONE EIGHT ZERO PERIOD ZERO ZERO

PAY TO THE ORDER OF    CLK US BANKRUPTCY CT

VOID OVER $5,180.00

*Elizabeth F Rojas*

THIS DOCUMENT IS ALTERATION PROTECTED AND REFLECTS FLUORESCENT FIBERS UNDER UV LIGHT

⑈0854610⑈ ⑆122044300⑆ 001⑈111690⑈